EXHIBIT

D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **KRISHNENDU DASGUPTA,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CASE NO. 4:23-cv-00838 |
| | § |
| **BECKETT COLLECTIBLES, LLC,** | § |
| | § |
| *Defendant.* | § |

## LIST OF ALL PARTIES AND NAME OF STATE COURT

Pursuant to Local Rule CV-81(c)(1), the following is a list of all parties and their party type in relation to this matter. This case was pending in the 471st District Court of Collin County, Texas.

| PARTY NAME | PARTY TYPE |
|---|---|
| Beckett Collectibles, LLC | Defendant |
| Krishnendu Dasgupta | Plaintiff |

| STATE COURT |
|---|
| 471ST Judicial District of Collin County, Texas<br>Russell A. Steindam Courts Building<br>2100 Bloomdale Road<br>McKinney, Texas  75071 |