UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KRISHNENDU DASGUPTA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>BECKETT COLLECTIBLES, LLC<br><br>    *Defendant.* | § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 4:23-CV-00838<br>JUDGE MAZZANT<br><br><br>**JURY TRIAL DEMANDED** |

**APPENDIX IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Krishnendu Dasgupta ("Plaintiff") hereby files this Appendix in Support of Plaintiff's Motion for Summary Judgment.

| **Exhibit No.** | **Description** | **Page No.** |
|---|---|---|
| **1.** | Declaration of Plaintiff | PApp 3-7 |
| **2.** | Plaintiff's March 24, 2022 Employment Agreement | PApp 8-26 |
| **3.** | January 3, 2023 Reduction In Force Email from CEO of Defendant, Kunal Chopra stating that Defendant will be "cutting the following people in this order" which includes Plaintiff. | PApp 27-28 |
| **4.** | Defendant's January 8, 2023, Notice of Termination Without Fact Statement of Cause. | PApp 29 |
| **5.** | Defendant's April 16, 2024, Responses to Plaintiff's First Set of Interrogatories | PApp 30-36 |

Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By: *W. D. Masterson*

**W. D. MASTERSON**
State Bar No. 13184000
3141 Hood Street, Suite 500
Dallas, Texas 75219
214-969-9099 - Telephone
214-953-0133 – Facsimile
wdm@kilgorelaw.com

**ATTORNEY FOR PLAINTIFF
KRISHNENDU DASGUPTA**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on Defendant's counsel of record via E-File and/or email, on this 3rd day of July 2024:

Aaron Z. Tobin
CONDON TOBIN SLADEK THORNTON
NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
atobin@condontobin.com

Justin D. Hanna
CONDON TOBIN SLADEK THORNTON
NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
jhanna@condontobin.com

Christiana L. Leinbaugh
CONDON TOBIN SLADEK THORNTON
NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
cleinbaugh@condontobin.com

Abigail R.S. Campbell
CONDON TOBIN SLADEK THORNTON
NERENBERG, PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
acampbell@condontobin.com

*W. D. Masterson*
W. D. Masterson