# Re: Product Meeting Updates

---

**From: Kunal Chopra <kunalc@beckett.com>**                    Tue, Jan 3, 2023 at 6:01 PM CST (GMT-06:00)

To: Joseph Smith <jsmith@beckett.com>; David LeBlanc <DleBlanc@beckett.com>

Cc: Evgeny Gonokhin <Egonokhin@beckett.com>; Carla Flores <carla.flores@beckett.com>

---

Adding @David

**Kunal Chopra**
CEO
425 - 281 - 3566 | kunalc@beckett.com | beckett.com

**Plaintiff's Exhibit**

**3**

exhibitsticker.com

On Tue, Jan 03, 2023 at 3:51 PM, Joseph Smith <jsmith@beckett.com> wrote:

> All,
>
>
> I talked to JR and the team today. We came up with a plan to meet the deadlines, identify who is responsible for what project, and eliminate unnecessary expenses. I am mandating all projects are in JIRA and managed by project and not teams for holding people accountable.
>
>
> Anyone know where the money for JR is being accounted for?
>
>
> Patrick will be moving under Engineering to work as a PM\Eng lead to help with the technical requirements and management. HE will also work on coding for some projects. To make up for the US based cuts I am shifting the work to the IOC, POC, and Marvel. I am planning to cut Marval out at the end of Q2 and shift the workload to POC and IOC resources. I can extend to Q3 if needed.
>
>
> We will be cutting the following people in this order. More may be cut in the future based on performance.
>
>
> ASAP:
>
> Dodd, Stephen K
>
> Baumfeld, Daniel L
>
> Dasgupta, Krish
>
> Stern, Dan
>
>
> End Jan or first week in Feb:
>
> Franko, Greg
>
> Etkin, David C
>
>
> End Feb or first week in March:
>
> Swann, Cody

CONFIDENTIAL                                                                                    DEF 000415

PApp 027

Logsdon, Jason W

End of Q1:

Merckens, Dary

End of Q2:

Kwon, Scott

Let me know if you have any questions or issues.

CONFIDENTIAL

DEF 000416

PApp 028