

**Plaintiff's Exhibit**

**4**

January 6, 2023

**Krish Dasgupta**
440 Cedar Lane
New Hartford, CT
United States
Delivered via e-mail: Krish.dasgupta@gmail.com

**RE: Termination of Employment**

Krish,

As we discussed, your Employment Agreement (the "Agreement") with Beckett Collectibles, LLC (the "Company") made effective as of March 24, 2022 is hereby terminated effective January 6, 2023 (the "Termination Date") pursuant to sections 5(a)(iii) and 5(e)(i) of the Agreement.

You will be paid all wages and accrued, but unused PTO subject to applicable withholdings and deductions as required by law, due through the Termination Date on the next regular pay cycle.

Additionally, we remind you of your obligations under the Agreement including, but not limited to the following:

      a) Confidentiality,
      b) Not to compete during the Restricted Period,
      c) Not to solicit any customers or employees of the Company, and
      d) Not to disparage the Company, its officers, employees, etc.

Health insurance continuation coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) will be available (should you elect such coverage) upon expiration of your current coverage, which will expire on (1/31/2023). Election materials will be provided to you separately via US mail.

We kindly request that you immediately return all company property that was obtained during your employment with the Company. You are reminded that all trade secrets, business plans, and procedures, client contact lists and other confidential information of the Company are proprietary and may not be used by you in any way.

Please reference State of Connecticut Unemployment Benefits and Claim Services website which provides information explaining possible eligibility and applying for unemployment benefits in the state of Connecticut. .

      Website: https://portal.ct.gov/dol/Unemployment-Benefits?language=en_US

Thank you for your contribution to Beckett Collectibles, LLC and best of luck to you luck in your future endeavors.

Sincerely,


**David LeBlanc**
Head of People Operations