# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **KRISHNENDU DASGUPTA,** | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | **CIVIL ACTION NO. 4:23-CV-00838** <br> **JUDGE MAZZANT** |
| **BECKETT COLLECTIBLES, LLC** | § § § | |
| *Defendant.* | § § § § | **JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Plaintiff's Motion for Motion for Summary Judgment and Brief in Support ("Motion"). The Court, having considered said Motion, the Response, the Reply, any pleadings, along with the evidence attached thereto, and the arguments of the parties, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Motion for Summary Judgment and Brief in Support be GRANTED and for such other and further relief, both general or special, at law or in equity, to which Plaintiff may be justly entitled.